IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**JAMES N. PLATER, SR.,**

    **Plaintiff,**

**vs.**                                            **1:05cv154-MMP/WCS**

**OFFICER ROCHELLE MOSE, et al.,**

    **Defendants.**

_____/

**O R D E R**

In an order entered September 19, 2005, review of Plaintiff's complaint was deferred pending compliance with 28 U.S.C. § 1915. Doc. 3. Plaintiff's copy of that order was returned undelivered to the Clerk on October 27, 2005. Doc. 8.

A review of the docket reveals that Plaintiff has been transferred to FDC Tallahassee. Since Plaintiff's deadline for filing a motion for leave to proceed in IFP is October 31, 2005, this order is entered to extend the deadline in light of the returned mail.

Accordingly, it is **ORDERED:**

1. The clerk shall forward another copy of this Court's September 19, 2005, order, doc. 3, to Plaintiff's new address (FDC Tallahassee).

2. Plaintiff shall have until **November 30, 2005**, to comply with the instructions outlined in document 3.

3. Plaintiff's failure to respond within the time period allowed may result in a recommendation of dismissal of this case.

**DONE AND ORDERED** on October 27, 2005.

      s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**