IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES NATHANIEL PLATER,

    Plaintiff,

v.                                          CASE NO. 1:05-cv-00154-MP-WCS

GAINESVILLE POLICE DEPARTMENT,
OFFICER ROCHELLE MOSE,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 33, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint be dismissed without prejudice for failure to comply with court orders. The time for filing objections has passed and none have been filed. The Court agrees that Plaintiff has failed to file an amended complaint despite being given numerous chances to do so. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED without prejudice, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *23rd*  day of August, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge